Núm. 7683.—Línea Férrea del Oeste, Inc. aplda. v. Gallardo, Secretario Ejecutivo, aplte.—C.D. San Juan. *Mandamus.* Marzo 31, 1939.

Por las razones expuestas en la opinión emitida por este Tribunal en el caso civil núm. 7682, *Compañía Popular de Transporte, Inc.,* v. *Carlos Gallardo,* en su carácter de Secretario Ejecutivo de Puerto Rico, sobre *mandamus,* resuelto en esta misma fecha (ante, pág. 576), se declara con lugar el recurso y se revoca la sentencia que dictó la Corte de Distrito de San Juan en fecha 10 de diciembre de 1937, sin especial pronunciamiento en cuanto a costas.